

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

see attachment

**Plaintiff,**

V.

Tokyo Electric Power Company, Inc.;
General Electric Company

**Defendant.**

Civil Action No.   18CV537-BAS (MSB)

AMENDED

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

General Electric Company's motion to dismiss is granted. Tokyo electric Power Company, Inc.'s motion to dismiss is granted.

Date:    3/15/2019

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Petersen

J. Petersen, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No. 18CV537-JLS(JLB)

DUSTIN BARTEL, PAMELA AHLBERG, CHRISTOPHER ALBA, CONTRAIL ALLEN, ANDREW ANDERSON, MATTHEW ANDERSON, JEFFREY ARMSTRONG, MATTHEW AYRES, DANIEL BARBIERO, MONTY BARHAM JR., JESSICA BARLOW, BEATRICE BARTHELEMY, BRENDEN BESKOW, JENNIFER BOYLE, LOGAN BLACK, JOHNATHAN BURBACH, ADRIANA CABARCAS, DEREK CAMBRIDGE, DEREK CAMBRIDGE, on behalf of and for his minor son, D.C., DEREK CAMBRIDGE, on behalf of and for his minor son, D.C., CAMRY CAMPBELL, ALEXANDRA RENEE CAMPOS, CHRISTOPHER CARR, AMY CHAMBERLAIN, CARISSA CLARK, THOMAS CLARKE, JAIME CLAVITO, JESTINE CLAYTON, ASHLEY COCHRAN, CHRISTOPHER COLEMAN, JEFF COOK, PATRICK CRESPO, BRIAN CROSS, MICHAEL CROSS, JOSHUA CUNNINGHAM, DAKOTA DAVIS, GERALD H. DAVIS, KATARINA DAVISON, ADAM DAWSON, GADIEL DEL ORBE, THE ESTATE OF DONALD H. DELLINGER, OLIVIA DIMAS, MATTHEW DONALDSON, SHARONDA DOUGLAS, DANIEL DRESSLER, COREY DREW-BELL, LAWRENCE EDWARDS, EDWARD ELUERE, RAMON ENCISO, JR., ERIC I. EPPS, BRIAN EUBANKS, JASON FERGUSON, JUSTINE FRALEY, MARLON FRANCIS, RUTH FREEMAN, STEVEN GARDNER, LISSET GARNER, DEREK KEITH GAY, JOSHY GEORGE, RAYMOND GILES, KIRK GODAIR, individually and as administrator of the ESTATE OF RUBY PEREZ, KIRK GODAIR, on behalf of and for his minor daughter, C.G., RODOLFO GUERRA, TYMESHIA GUIDRY, CECILIA GUITIERREZ, CYRINTHIA HAMBLEY HALDANE HAMILTON, NATHAN HANSEN, COREY HART, MICHAEL HARVEY, JOSEPH K. HENRY, DARREN HENSON, MARTY B. HILL, MARTIN HITSON, MITCHELL HODGES, NICHOLAS HOLLAND, WILLIAM HOLT JOHN WESLEY HYATT, NANCY JACKSON, KEVIN JACOBSON, JUSTIN JAEHNIG, MATTHEW JENKINS, GREGGORY JORDAN, RODERICK JESSAMY, JUSTIN KENWORTHY, MATTHEW KNAUST, ANDREW KOEPKE, NICHOLAS KOVACHEV, RYAN KUNIN, RENE LANDEROS, MICHAEL LELAND, MELISSA M. LESTER, LAWRENCE M. LEVAN, JOSEPH LEWIS, SCOTT LIENG, ARNULFO LIMON, ADRIAN LUCINA, ANNETTE LUCKEY, individually and as administrator of the ESTATE OF DANIELLE LUCKEY, DERRICK LUCKEY, EDWIN MAHER, FRANCISCO E. MARIGUNDON, JR., CHAD MARTINS, JANETH MASINDE, individually and as administrator of the ESTATE OF BRENDA DOWNING, TRAVIS MCKNIGHT, EDWARDS MELLO, RACHEL MENDEZ, ANAIS MENDOZA-GASTELUM, ROBERT MEYER, JEREMY MICHAUD, ZACHARY MILLER, BRANDON MONTGOMERY, HERBERT MOORE, ESMERELDA MORALES, JOSEPH MULDER, JONATHAN MULDOWNEY, CHARLES R. MURPHY, EION NELSON, GARRETT NELSON, ROBERT OCHOA, GLENN OFORI, LUKE OPYD, TIM PALMER, JAYSEN PATAO, NATHAN CHANRATHANA PHUN, TIMOTHY PIERCE, CHELSEA QUINTOG, CLINTON RAMSIARE, BRIAN RAWLINS, CYRUS REA, TERESA READY, individually and as administrator of the ESTATE OF JESSE READY, TERESA READY, on behalf of and for her minor daughter, A.R., JACOB REED, BALTHAZAR REFORSADO, CAMERON REID, ANGELINA REYNA, QUENTIN RICHARDSON, WILLIAM E. RIGBY, DEVIN RITCHEY, PEDRO RODRIGUEZ, CESAR SALGADO, TYLER SATTERWHITE, TIFFANY SCHAD, BRETT SCHMIDT, MICHELLE SCOTT, JOSHUA SEGREE, JOSHUA SEGREE, on behalf of and for his minor son, H.S., ERIC SEIBERT, JERRID SEVART, QUINCY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No.   18CV537-JLS(JLB)

SHEPHERD, CARL SLAUBAUGH, AARON SMITH, GREGORY SMITH, JUSTIN SMITH, MELLONY SNYDER, SHENNY SOLIS, CRYSTAL SOUDER, JAMES SOUDER, KYLE SPURLOCK, JUSTIN STEINMETZ, AMANDA STEMEN, RONALD STEMEN, LOWELL STEWART, DANIEL STROHL, JOSE SUERO, MARK SURTEL, NICHOLAS SWANN, BYRON SY, ALEXANDER TIDD, LOUIS TORRES, CASEY TUCKER, RANDY VALENTIN, GABRIEL VASQUEZ, SHAWN VELASQUEZ, ROBERT VENABLE, DONALD VOORHEES, BRITTNEY WACHNER, WILLIAM WALSH, PATRICK WALTON, BRIDGET WATERS, KENNETH WETHERED, CAROLYN FELIX WHITE, TIM WHITE, ELOI WHITEMAN, JEFFREY WILLHOITE, CHRISTOPHER WOODS, DEREK YODER, BRANDON ZACHARIE, EDWARD ZIMMERMAN, on behalf of themselves and others similarly situated,

_____
            Plaintiffs,